## Conners, Appellant, *v.* West Greene School District.

Argued April 25, 1969. Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Barbara H. Conners,* appellant, in propria persona.

*James Hook,* with him *Hook and Hook,* for appellee.

OPINION PER CURIAM, June 27, 1969:
Decree affirmed at appellant's cost.
Mr. Justice JONES took no part in the consideration or decision of this case.